UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60280-CR-ALTONAGA

UNITED STATES OF AMERICA

v.

VICTOR FOSSI GRIECO,

        Defendant.

NOTICE ON FINAL FORFEITURE

Pursuant to 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this Notice on Final Forfeiture:

1. On November 20, 2019, pursuant to 18 U.S.C. § 545 the Court entered a Preliminary Order of Forfeiture, ECF No. 37, forfeiting to the United States, subject to third-party interests, 230 pounds of gold recovered from the metal compartment of the nose of a private jet with tail number YV3325 on September 20, 2019 (the "Property").

2. Notice of the criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of 30 days. *See* Decl. of Publication, ECF No. 39; 21 U.S.C. § 853(n)(1); Fed. R. Crim. P. 32.2(b)(6).

3. Direct notice was sent to any person who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the Property, or such person was on actual notice of the forfeiture. *See* Fed. R. Crim. P. 32.2(b)(6); *accord* 21 U.S.C. § 853(n)(1).

4. The notice described the Property and advised that any person, other than the Defendant, asserting a legal interest in the Property may petition the Court for a hearing to

adjudicate the validity of that person's alleged interest, within 60 days of the first day of publication or within 30 days of receipt of notice, whichever is earlier. Fed. R. Crim. P. 32.2(b)(6); 21 U.S.C. § 853(n)(2).

5. The time period for filing a petition claiming an interest in the Property has expired, and no petition or claim has been filed.

6. The Preliminary Order of Forfeiture stated that upon notice from the United States that no claims have been filed within 60 days of the first day of publication or within 30 days of receipt of actual notice, whichever is earlier, then pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853(n)(7), it shall become a Final Order of Forfeiture and any duly authorized law enforcement official shall dispose of the Property in accordance with applicable law.

7. Accordingly, the Property is now finally forfeited, and all right, title, and interest in such Property is vested in the United States.

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

BY:   */s/ Adrienne E. Rosen*
    Adrienne E. Rosen
    Assistant United States Attorney
    Court Id No. A5502297
    99 N.E. 4th Street, 7TH Floor
    Miami, Florida 33132-2111
    Tel: (305)961-9338
    Fax: (305)536-4089
    Adrienne.Rosen@usdoj.gov